IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL MYERS                                                                                    PLAINTIFF
ADC #131205

V.                                           NO.  1:06CV00004 SWW

DR.  LUTHER R.  WHITE                                                                      DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 30th day of March, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE